Tahereh Mahmoudian (SBN 217120)
**ROPERS MAJESKI PC**
801 South Figueroa Street, Suite 2100
Los Angeles, California 90017
Telephone:   213.312.2000
Facsimile:   213.312.2001
Email:        tahereh.mahmoudian@ropers.com

JUNG H. PARK (SBN 209473)
ANDREW L. MARGULIS (*Pro Hac Vice Forthcoming*)
ROPERS MAJESKI PC
800 Third Avenue, 29th Floor
New York, NY  10022
Telephone:   212.668.5927
Facsimile:   212.668.5929
Email:        jung.park@ropers.com
               andrew.margulis@ropers.com

Attorneys for Defendants
BERKSHIRE HATHAWAY SPECIALTY
INSURANCE COMPANY and NATIONAL
FIRE & MARINE INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T. WIMSATT CONTRACTING CO., INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, a Nebraska corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-09012 SK <br><br> **JUDGMENT** Judge:   Hon. Steve Kim |

On December 10, 2025, the Court took under submission for decision the motion for summary judgment by Defendants Berkshire Hathaway Specialty

-1-

ROPERS MAJESKI
A Professional Corporation
Los Angeles

Insurance Company ("BHSIC") and National Fire & Marine Insurance Company ("NFMI") (collectively referred to as "Defendants"). By Order dated February 17, 2026 and entered on February 18, 2026 (ECF 38), the Court granted Defendants' motion for summary judgment. A true and correct copy of the Court's Order is attached as Exhibit A.

WHEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that judgment shall be entered in favor of Defendants Berkshire Hathaway Specialty Insurance Company and National Fire & Marine Insurance Company and that plaintiff J.T. Wimsatt Contracting Co., Inc. shall recover nothing on its complaint, and that this action is hereby dismissed with prejudice.

Dated:  February 20, 2026

HONORABLE STEVE KIM
United States Magistrate Judge

-2-

4931-6412-7065.3

JUDGMENT
2:24-cv-09012